FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**    OCT 1 1 2016
_____A+LANTA_____ **DIVISION**

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

_____Carmelo Rivera_____
(Print your full name)

Plaintiff *pro se*,

v.

_____Westrock Services Inc_____

_____d/b/a Westrock Company_____

_____
(Print full name of each defendant; an
employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:16-CV-3786**

(to be assigned by Clerk)

## PRO SE EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1.   This employment discrimination lawsuit is brought under (check only those that apply):

_____    Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

**NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

✓      Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

_____      Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____      Other (describe)  _____

_____

_____

_____

_____

2.     This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3.    Plaintiff.    Print your full name and mailing address below:

Name          Carmelo Rivera

Address       10346 Country Lane

              Beach Park IL. 60087

4.    Defendant(s).    Print below the name and address of each defendant listed
                       on page 1 of this form:

Name          Westrock Services Inc   D/b/A Westrock Company

Address       504  Thrasher Street

              Norcross, Georgia  30071

Name          _____

Address       _____

              _____

Name          _____

Address       _____

              _____

## Location and Time

5.    If the alleged discriminatory conduct occurred at a location __different__ from the
      address provided for defendant(s), state where that discrimination occurred:

              Westrock Corporation Facility Located at

              450 E. North Avenue Carol Stream IL. 60188

      Discharge occured at North Chicago Facility located at
      1900 Foss Park Avenue North Chicago IL. 60064.

**Page 3 of 9**

6.    When did the alleged discrimination occur?  (State date or time period)

_____April 25, 2016_____

## Administrative Procedures

7.    Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?    _✓_ Yes        _____ No

      If you checked "Yes," attach a copy of the charge to this complaint.

8.    Have you received a Notice of Right-to-Sue letter from the EEOC?

      _✓_ Yes        _____ No

      If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _____July 27, 2016_____

9.    If you are suing for **age discrimination**, check one of the following:

      _✓_        60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

      _____        Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes      _____ No      __✓__ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____

_____

_____

_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes      _____ No      __✓__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____

_____

_____

_____

## Nature of the Case

12.  The conduct complained about in this lawsuit involves (check only those that apply):

    \_\_\_\_\_    failure to hire me

    \_\_\_\_\_    failure to promote me

    \_\_\_\_\_    demotion

    \_\_\_\_\_    reduction in my wages

    \_\_\_\_\_    working under terms and conditions of employment that differed from similarly situated employees

    \_\_\_\_\_    harassment

    \_\_\_\_\_    retaliation

    ✓    termination of my employment

    \_\_\_\_\_    failure to accommodate my disability

    \_\_\_\_\_    other (please specify) _____

13.  I believe that I was discriminated against because of (check only those that apply):

    \_\_\_\_\_    my race or color, which is _____

    \_\_\_\_\_    my religion, which is _____

    \_\_\_\_\_    my sex (gender), which is   \_\_\_\_\_ male     \_\_\_\_\_ female

    \_\_\_\_\_    my national origin, which is _____

    ✓    my age (my date of birth is _March 29, 1952_ )

    \_\_\_\_\_    my disability or perceived disability, which is:

    \_\_\_\_\_    my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    \_\_\_\_\_    other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

Please SEE Attachment

Labeled Item #14

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Page 7 of 9

15. Plaintiff _____ still works for defendant(s)

   __✓__ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? _____ Yes __✓__ No

   If you checked "Yes," please explain: _____

   _____

   _____

   _____

   _____

17. If your case goes to trial, it will be heard by a judge unless you elect a jury trial. Do you request a jury trial? _____ Yes __✓__ No

## **Request for Relief**

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

__✓__ Defendant(s) be directed to _re-employ the plAiNTiFF_

_____

__✓__ Money damages (list amounts) _AppropriATE Injunctive RelieF, lost WAGES, LiquidATED/Double damages, FRONt PAy, Compensatory damages, punitive Damages, prejudgment interest post judement interest._

__✓__ Costs and fees involved in litigating this case, including reasonable ATTorng Fees And Expert witness Fees.

__✓__ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __07__ day of __October.__ , 20 __16__

_____
(Signature of plaintiff *pro se*)

__CARMELO RIVERA__
(Printed name of plaintiff *pro se*)

__10346 COUNTRY LANE__
(street address)

__BEACH PARK IL. 60087__
(City, State, and zip code)

__CARMELORIVERA013@gmail.com__
(email address)

__(224) 500-1946__
(telephone number)

Item # 8. Attachment

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Carmelo Rivera<br>c/o Lisa Kane, Esq.<br>LISA KANE & ASSOCIATES<br>141 West Jackson Boulevard<br>Suite 3620<br>Chicago, IL 60604 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2016-04371 | Donald Marvin,<br>Investigator Support Assistant | (312) 869-8093 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA): This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☐ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☒ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*(signature)* Julianne Bowman          7/11/16

Enclosures(s)                    Julianne Bowman,          *(Date Mailed)*
                                 District Director

cc:    Chief Executive Officer
       WESTROCK SERVICES, INC.
       504 Thrasher Street
       P.O. Box 4098
       Norcross, GA 30071

On April 25, 2016, I participated in training session in Carol Stream Illinois, along with roughly 16 other individuals. We were at the machine participating in the training for one box set up, the group was separated into 4 working groups. Group 1 commenced their training and I was their instructor. In addition, I trained the second group. The third and fourth group were to be trained by a different instructor. The third group went into the machine, Along with their operator, however the assigned instructor was not present. The Head of Quality was present and I was on the sidelines.

Not expecting to enter into the machine, due to the fact that I was not assigned as the instructor, the Head of Quality instruct me (by yelling) to: "Go in with the Operator, Go in with the operator!" In a panic, I followed the firm instructions from my superior and entered the machine without the safety key. Everyone else (roughly 3 employees) were in the machine and had a safety key thus assuring that the machine could not close for there were 3 other safety keys in place.

I was 5 minutes into the training when the Head of Quality got close to the machine and noticed I did not have the safety key. I exited and asked him what he wanted me to do? He stated that I should get a safety key and finish the training.

I finished the training with the third group as well as the fourth group. Once the training was completed, everyone congregated in the second floor and I stayed at the machine, by myself, to clean the machine and have it prepared for the next day.

While I was cleaning the machine, the Head of Quality had a meeting with all the instructors to discuss the incident. Ross told me that he notified all the instructors that he had "set me up for failure" for pushing me to enter the machine. I asked him what he wanted me to do pertaining to the following day. Ross stated that: "Do not worry, come in, and we shall finish the training."

On the following day, the Head of Quality stated that he called my direct Supervisor and discussed the matter. The head of Quality followed by stating: "Do not worry, for nothing was going to happen to me." I notified the following day that I was suspended due to a safety violation. Soon thereafter, I was notified in person by my Supervisor that I was fired for a safety violation. In his words: "He was sorry that this was how I ended my career."

It was not common practice to be fired for a safety violation that occurred during a training session or even on the plant floor. There is nothing in the policy manual that states such violation even warrants being fired. What I know to be common practice is that that there are incremental sanctions for safety violations. Younger workers, and similarly situated employees, have the liberty to received incremental sanctions. This holds true for even multiple safety offenses. In the 46 years that I have worked for this company, I have never seen someone fired without there being an incremental sanction. There are current employees with three and four safety violations that are still employed. The sole purpose of a training session is to catch incorrect actions and correct them so that mistakes are not made in the factory.

I was blessed to turn 64 years of age on March 29, 2016 and have been working for this company since the tender age of 18. I have a solid work record and can say with certainty that, had I been a younger employee, I would have been granted an incremental sanction and not have been maliciously fired.